UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NARRION LAMONT CASTON,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:16-cr-00173

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Narrion Lamont Caston's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on October 12, 2016, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a significant risk of flight and has proven by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will assure the appearance of defendant and the safety of the community.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 13th day of October, 2016.

                                                                 /s/ Phillip J. Green  
                                                                 PHILLIP J. GREEN  
                                                                 United States Magistrate Judge